**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 18-2391**

───────────

FAYE BEATRICE HAYES,

Plaintiff - Appellant,

v.

TERRI GORMAN, Official Capacity Individual Capacity; SEAN ADGERSON, Individual Capacity Official Capacity; JAMES C. NEWTON, SR., Individual Capacity Official Capacity; BART P. PLANO, Individual Capacity Official Capacity; WILLIAM ROMMEL, Individual Capacity Official Capacity; MASS TRANSIT ADMINISTRATION, Official Capacity Individual Capacity; STATE OF MARYLAND,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge. (1:18-cv-00691-RDB)

───────────

Submitted: January 17, 2019                                Decided: January 22, 2019

───────────

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Faye Beatrice Hayes, Appellant Pro Se. Eric Scott Hartwig, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Faye Beatrice Hayes appeals the district court's order entering judgment in favor of Defendants on Hayes' several civil claims against them, including discrimination and retaliation claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2018). Confining our review to the issues raised in Hayes' informal brief, *see* 4th Cir. R. 34(b), we have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Hayes v. Gorman*, No. 1:18-cv-00691-RDB (D. Md. Nov. 6, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*